# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| UNITED STATES OF AMERICA | | |
|---|---|---|
| PLAINTIFF | * | |
| | * | |
| V. | * | CASE NO. 4:18CV00371 SWW |
| | * | |
| NOLITA ARNOLD | * | |
| DEFENDANT | * | |

## **ORDER**

The United States reports that it is unable to locate the defendant currently and moves to dismiss this action without prejudice. The motion to dismiss [ECF No. 2] is GRANTED, and the case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 5TH DAY OF APRIL, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE